No. 3. BORRÁS ET AL. *v.* LA CORTE DE DISTRITO. Solicitud para que se expida mandamiento de certiorari. Resuelto en Mayo 4, 1905. Desistido á instancia de la parte peticionaria. Abogado del peticionario: *Sr. Guzmán Benítez* (José).